# EXHIBIT A

LEAD, DsclsDue, MEGA, APPEAL, CLMSAGNT

## U.S. Bankruptcy Court
### District of Delaware (Delaware)
### Bankruptcy Petition #: 01-10578-RTL

*Assigned to:* Raymond T. Lyons
Chapter 11
Voluntary
Asset

*Date Filed:* 10/01/2001

**Federal-Mogul Global, Inc.**
26555 Northwestern Highway
Southfield, MI 48034
Tax id: 38-3399269
***Debtor***

represented by **James E. O'Neill**
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
usa
302-652-4100
Fax : 302-652-4400
Email: jo'neill@pszyj.com

**Julia S. Kreher**
One M&T Plaza
Suite 2000
Buffalo, NY 14203

**Laura Davis Jones**
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705
usa
302 652-4100
Fax : 302-652-4400
Email: ljones@pszyjw.com

**Michael Paul Migliore**
Pachulski Stang Ziehl Young Jones
919 N. Market Street
16th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400
Email: mmigliore@pszyj.com

**Sheldon Samuel Toll**
SHELDON S. TOLL PLLC
2000 Town Center

Suite 2550
Southfiled, MI 48075
usa
248-358-2460
Fax : 248-358-2740
Email: lawtoll@comcast.net

**FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, ET AL.**
*Debtor*

represented by **David W. Carickhoff, Jr**
Pachulski Stang Ziehl Young & Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899-8705
usa
302 652-4100
Fax : 302-652-4400
*TERMINATED: 04/02/2003*

**Eric Michael Sutty**
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, De 19899
usa
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**James E. O'Neill**
(See above for address)

**John S. Spadaro**
Murphy Spadaro & Landon
824 Market Street
Suite 700
Wilmington, De 19899
usa
302-654-4600
Fax : 302-654-4775
Email: jspadaro@msllaw.com

**Laura Davis Jones**
Pachulski Stang Ziehl Young and Jones
919 North Market Street
16th Floor
Wilmington, DE 19899-8705
302-652-4100
Fax : 302-652-4400
Email: ljones@pszyj.com

**Michael Paul Migliore**

Pachulski Stang Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400
Email: mmigliore@pszyj.com

**Michael Seidl**
Pachulski, Stang,Ziehl,Young & Jones
919 N. Market Street
Suite 1600
PO Box 8705
Wilmington, DE 19899-8405
usa
302 652-4100
Fax : 302-652-4400
Email: mseidl@pszyj.com

**Timothy Edward Lengkeek**
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
302-571-6600
Fax : 302-576-3308
Email: bankruptcy@ycst.com

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491
*U.S. Trustee*

**Official Committee of Asbestos Property Damage Claimants**
*Creditor Committee*

represented by **Lisa L. Coggins**
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801
302-575-1555
Fax : 302-575-1714
Email: lcoggins@ferryjoseph.com

**Theodore J. Tacconelli**
Ferry & Joseph P. A.
824 Market Street
Suite 904
Wilmington, DE 19899

usa
302 575-1555
Fax : 302-575-1714
Email: ttacconelli@ferryjoseph.com

| Filing Date | # | Docket Text |
|---|---|---|
| 01/03/2005 | 6757 | Appellant Designation of Contents For Inclusion in Record On Appeal --*Appellant Cooper Industries, Inc.'s Statement of the Issues and Designation of Items to be Included in the Record on Appeal* (related document(s)6713 ) Filed by Cooper Industries, Inc. Appellee designation due by 1/13/2005. Transmission of Designation Due by 2/2/2005. (Attachments: # 1 Affidavit of Service)(Miller, Stephen) (Entered: 01/03/2005) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 03/03/2005 15:32:14 ||||
| **PACER Login:** | mj0008 | **Client Code:** | 108102-1 |
| **Description:** | Docket Report | **Search Criteria:** | 01-10578-RTL Fil or Ent: Fil From: 1/2/2005 To: 3/3/2005 Doc From: 6757 Doc To: 6757 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |