IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

    FEDERAL MOGUL ET AL.,

          Debtors.

COOPER INDUSTRIES,

          Appellant,

v.                                                                          CIVIL ACTION NO. 05-41 JHR

                                                                   Bankruptcy Case 01-10578

FEDERAL MOGUL GLOBAL ET AL.,

          Appellees.

**ORDER GRANTING APPELLANT COOPER INDUSTRIES, LLC'S
MOTION TO STRIKE PORTIONS OF APPELLEES' BRIEF THAT
(I) ARE NOT SUPPORTED BY THE APPELLATE RECORD
AND/OR (II) ASSERT ARGUMENTS NOT RAISED IN THE
<u>BANKRUPTCY COURT BELOW</u>**

Upon consideration of the motion (the "Motion") of Appellant Cooper Industries, LLC in the above-captioned proceeding, seeking entry of an order to strike portions of Appellees' Brief that (i) are not supported by the appellate record and/or (ii) assert arguments not raised in the Bankruptcy Court below; and the Court having considered the Motion; and due and proper notice of the Motion having been given; it is hereby;

ORDERED that the Motion is granted and approved; and it is further

ORDERED that the following material is stricken from the Appellees' Brief (D.I. #9): (i) all unsupported factual contentions (a) related to the Pneumo Abex proof of claim at pages 9, 17, the entirety of section I.C. under the Argument heading from pages 25 to 27, and page 31; (b) related to the statement, on pages 18 and 39, that "[p]reliminary reports indicate that a significant number of individual asbestos claimants on behalf of whom Cooper purports to have voting rights appear to have already voted in favor of the Plan."; and (c) related to language Cooper proposed for inclusion in the Debtor's Disclosure Statement mentioned in the final paragraph of page 24 and continuing on the top of page 25; and (ii) each new legal argument not raised by the Appellees in the Bankruptcy Court below (a) contained in section I.C at pages 25 to 27 of the Appellees' Brief concerning the Pneumo Abex proof of claim; (b) contained in section I.A. at pages 19 to 22 of the Appellees' Brief concerning Cooper allegedly attempting to have both an indemnity claim and subrogation rights; (c) contained in section I.B at pages 22 to 25 of the Appellees' Brief concerning Cooper's alleged "conduct" being inconsistent with a subrogation election; and (d) contained in section II.A(2) at pages 32 to33 and 34 to 36 of the Appellees' Brief, alleging that Cooper failed to comply with the terms of the Bar Date Order..

Dated: _____, 2005
       Camden, New Jersey

                                                      _____
                                                      The Honorable Joseph H. Rodriguez
                                                      United States District Court Judge