IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| FEDERAL-MOGUL GLOBAL, INC., ) | |
| et al., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| COOPER INDUSTRIES, INC., ) | |
| ) | |
| Appellant, ) | Civil Action No. 05-41 JHR |
| ) | |
| v. ) | |
| ) | Bankruptcy Case 01-10578 |
| FEDERAL-MOGUL GLOBAL, INC., et al.,) | |
| ) | |
| Appellees. ) | |

### AFFIDAVIT OF VICTORIA GUILFOYLE, PARALEGAL

STATE OF DELAWARE     :
                     : SS
NEW CASTLE COUNTY     :

I, Victoria Guilfoyle, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 7, 2005, I caused service of the following:

**APPELLANT COOPER INDUSTRIES, LLC'S MOTION TO STRIKE
PORTIONS OF APPELLEES' BRIEF THAT (I) ARE NOT
SUPPORTED BY THE APPELLATE RECORD AND/OR (II) ASSERT
ARGUMENTS NOT RAISED IN THE BANKRUPTCY COURT BELOW**

Service was completed upon the parties on the attached list in the manner indicated thereon.

Date:   March 7, 2005

_____
Victoria Guilfoyle

VAG/108102-0001/1093839/1

SWORN AND SUBSCRIBED before me this 7th day of March, 2005.

                                                  NOTARY
                                                  My commission expires:_____

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19801
*(Counsel for the Debtors and Debtors-In-Possession)*

Frank Perch, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801
*(U.S. Trustee)*

Mark D. Collins, Esq.
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*(Counsel for JP Morgan Chase Bank, as Administrative Agent)*

Charlene D. Davis, Esq.
Eric Sutty, Esq.
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*(Counsel to the Creditors' Committee)*

Marla Eskin, Esq.
Kathleen Campbell, Esq.
CAMPBELL & LEVINE LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*(Counsel for Official Committee of Asbestos Claimants)*

**VIA HAND DELIVERY**
Theodore J. Tacconelli, Esq.
Rick S. Miller, Esq.
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel for the Official Committee of Asbestos Property Damage Claimants)*

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Maribeth L. Minella, Esq.
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 10900-0391
*(Counsel for Eric D. Green, the Futures Representative)*

**VIA FEDERAL EXPRESS**
Larry J. Nyhan, Esq.
James F. Conlan, Esq.
Kevin T. Lantry, Esq.
Kenneth P. Kansa, Esq.
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Facsimile: (312) 853-7036
*(Counsel for the Debtors and Debtors-In-Possession)*

Catherine L. Cooksey, Esq.
Richard T. Peters, Esq.
Kevin T. Lantry, Esq.
SIDLEY AUSTIN BROWN & WOOD
555 West 5th Street, Suite 4000
Los Angeles, CA 90013
Facsimile: (213) 896-6600
*(Counsel for the Debtors)*

VAG/108102-0001/1093839/1

**VIA FEDERAL EXPRESS**
Steven M. Fuhrman, Esq.
SIMPSON, THACHER & BARTLETT
425 Lexington Avenue
New York, N.Y. 10017-3954
Facsimile: (212) 455-2502
*(Counsel for JP Morgan Chase Bank, as Administrative Agent)*

Gregory D. Willard, Esq.
BRYAN CAVE LLP
211 North Broadway
St. Louis, MO 63102
Facsimile: (314) 259-2020
(Counsel to the Agent for the Debtors' *Prepetition Secured Lenders and Counsel to the Agent for the Debtors' Postpetition Lenders)*

Peter D. Wolfson, Esq.
John A. Bicks, Esq.
SONNENSCHEIN, NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
24th Floor
New York, N.Y. 10020
Facsimile: (212) 768-6800
*(Counsel to the Creditors' Committee)*

Robert B. Millner, Esq.
Thomas A. Labuda, Jr., Esq.
SONNENSCHEIN, NATH &
ROSENTHAL LLP
8000 Sears Tower
Chicago, IL 60606
Facsimile: (312) 876-7934
*(Counsel to the Creditors' Committee)*

**VIA FEDERAL EXPRESS**
Michael Yetnikoff, Esq.
David Heroy, Esq.
BELL, BOYD & LLOYD LLC
70 West Madison Street
Three First National Plaza
Suite 3300
Chicago, IL 60602
Facsimile: (312) 827-8000
*(Counsel to Equity Committee)*

Peter Van N. Lockwood, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
Facsimile: (202) 429-3301
*(Counsel for Official Committee of Asbestos Claimants)*

Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, N.Y. 10022
Facsimile: (212) 644-6755
*(Counsel for Official Committee of Asbestos Claimants)*

Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
*(Counsel for the Official Committee of Asbestos Property Damage Claimants)*

Ian Connor Bifferato, Esq.
Megan N. Harper, Esq.
BIFFERATO BIFFERATO &
GENTILOTTI
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
*(Counsel to Equity Committee)*

VAG/108102-0001/1093839/1