# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

STEPHEN M. MILLER

DIRECT DIAL
(302) 888-6853

E-MAIL
smiller@morrisjames.com

DOVER OFFICE
(302) 678-8815

NEWARK OFFICE
(302) 368-4200

WORLD WIDE WEB
http://www.morrisjames.com

March 7, 2005

**VIA OVERNIGHT DELIVERY**

The Honorable Joseph H. Rodriguez
United States District Court for the District of New Jersey
One John F. Gary Plaza
P.O. Box 886
Camden, NJ 08101

Re:   *Cooper Industries v. Federal Mogul Global et al.*, **Civil Action No. 05-41 JHR**
      *United States District Court for the District of Delaware*

Dear Judge Rodriguez,

Enclosed is a courtesy copy of each of the following filings in the above-captioned proceeding:

- Appellant Cooper Industries, LLC's Motion to Strike Portions of Appellees' Brief that (I) Are Not Supported by the Appellate Record and/or (II) Assert Arguments Not Raised in the Bankruptcy Court Below (the "Motion to Strike"); and

- Reply Brief of Appellant Cooper Industries, LLC (the "Reply Brief").

The Motion to Strike and the Reply Brief were filed today, March 7, 2005, with the United States District Court for the District of Delaware.

Respectfully,

*[signature]*
Stephen M. Miller

SMM/TMH
cc:   Counsel on the attached page with enclosures

1094084