# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPER INDUSTRIES, | : | Hon. Joseph H. Rodriguez |
| Appellant, | : | Civil Action No. 05-41 |
| v. | : | |
| | : | On Appeal from an Order of the |
| FEDERAL-MOGUL GLOBAL INC., *et al.*, | : | United States Bankruptcy Court |
| | : | for the District of Delaware in |
| Appellees. | : | Bankruptcy Case No. 01-10578 |
| _____: | | **ORDER** |

Upon consideration of Appellees' Request for Oral Argument in the above-captioned appeal (the "Appeal"), and pursuant to D. Del. L.R. 7.1.4 and Fed. R. Bankr. P. 8012;

It is this 17th day of March, 2005

**ORDERED** that Oral Argument will be held on May 18, 2005 at 10:00 a.m., in Courtroom 5D, 1 John F. Gerry Plaza, Camden, New Jersey 08101; and

**IT IS FURTHER ORDERED** that Counsel for the Appellant shall make sure that a copy of this ORDER is sent promptly to those on the service list.


/S/ Joseph H. Rodriguez_____
JOSEPH H. RODRIGUEZ
United States District Judge