## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17th day of March 2005, I caused a a true and correct copy of the foregoing *Appellees' Response To Cooper's Motion To Strike Portions Of Appellees' Brief* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

James E. O'Neill (Bar No. 4042)

**Federal Mogul**
Cooper Industries Appeal Service List
USBC, DE, CA No. 05-41 JHR
Document No. 106384
08 – Hand Delivery
02 – Overnight Delivery

**Overnight Delivery**
Chambers of the
Honorable Joseph H. Rodriguez
United States Bankruptcy Court
1 John F. Gerry Plaza
Camden, New Jersey 08101

**Hand Delivery**
Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Lockbox 35
Room 2207
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Cooper Industries, Inc.)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Official Committee of
Asbestos Personal Injury Claimants)
Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Co-Counsel to Creditors' Committee)
Eric Michael Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

**Hand Delivery**
(Legal Representative for Future Asbestos
Claimants)
James L. Patton, Jr., Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Hand Delivery**
(Counsel for JPMorgan Chase Bank)
Mark David Collins, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Official Committee of Equity
Security Holders)
Ian Connor Bifferato, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Cooper Industries
Incorporated)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

**Overnight Delivery**
(Counsel for Cooper Industries, Inc.)
Michael A. Rosenthal, Esquire
Aaron G. York, Esquire
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201