# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Thomas M. Horan
DIRECT DIAL
(302) 888-6827
E-MAIL
thoran@morrisjames.com

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

March 23, 2005

DOVER OFFICE
(302) 678-8815
NEWARK OFFICE
(302) 368-4200
WORLD WIDE WEB
http://www.morrisjames.com

**VIA OVERNIGHT DELIVERY**
The Honorable Joseph H. Rodriguez
United States District Court for the District of New Jersey
One John F. Gary Plaza
P.O. Box 886
Camden, NJ 08101

Re:   *Cooper Industries v. Federal Mogul Global et al., Civil Action No. 05-41 JHR*
      *United States District Court for the District of Delaware*

Dear Judge Rodriguez:

Enclosed is a courtesy copy of the following filing in the above-captioned proceeding:

Appellant Cooper Industries, LLC's Reply in Support of its Motion to Strike Portions of Appellees' Brief that (I) Are Not Supported by the Appellate Record and/or (II) Assert Arguments Not Raised in the Bankruptcy Court Below (the "Reply")

The Reply was filed today, March 23, 2005, with the United States District Court for the District of Delaware.

Respectfully,

*Thomas M. Horan*

Thomas M. Horan

/TMH
Enclosure

cc:   Counsel on the attached page (with enclosure)

1102979