IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| FEDERAL-MOGUL GLOBAL INC., ) | Case No. 01-10578 (RTL) |
| T&N LIMITED, et al.,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| COOPER INDUSTRIES, INC., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Appeal No. 04-142 |
| ) | C.A. No. 05-41-JHR |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| CLAIMANTS, OFFICIAL COMMITTEE ) | |
| OF UNSECURED CREDITORS, LEGAL ) | |
| REPRESENTATIVE FOR FUTURE ) | |
| ASBESTOS CLAIMANTS, JPMORGAN ) | |
| CHASE BANK, as Administrative Agent, ) | |
| OFFICIAL COMMITTEE OF EQUITY ) | |
| SECURITY HOLDERS, FEDERAL-MOGUL ) | |
| GLOBAL INC., T&N LIMITED, et al., ) | |
| ) | |
| Appellees. ) | |
| _____) | **Related Docket No. 16** |

**NOTICE OF CHANGE OF ORAL ARGUMENT DATE
FROM MAY 18, 2005 TO JUNE 6, 2005 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that oral argument scheduled for May 18, 2005 at 10:00 a.m. has been rescheduled and will be held on **June 6, 2005 at 10:00 a.m.**, before the

---
[1] The U.S. Debtors are listed in the Appellees' Designation of Record on Appeal.

Honorable Joseph H. Rodriguez, United States District Court Judge, in Courtroom 5D, 1 John F. Gerry Plaza, Camden, New Jersey 08101..

Dated: May 5, 2005

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

SIDLEY AUSTIN BROWN & WOOD
Larry J. Nyhan
James F. Conlan
Kevin T. Lantry
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

and

SIDLEY AUSTIN BROWN & WOOD
Richard T. Peters, Esquire
Kevin T. Lantry, Esquire
555 West 5th Street, Ste 4000
Los Angeles, CA 90013

Co-Counsel to the Debtors and Debtors in Possession

DOCS_DE:107796.1