IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (RTL) |
| T&N LIMITED, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| COOPER INDUSTRIES, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Appeal No. 04-142 |
| | ) | C.A. No. 05-41-JHR |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS, JPMORGAN CHASE BANK, as Administrative Agent, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

---

[1] The U.S. Debtors are listed in the Appellees' Designation of Record on Appeal.

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel for the Debtors, in the above-captioned action, and that on the 5th day of May 2005 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Notice of Change of Oral Argument Date from May 18, 2005 to June 6, 2005 at 10:00 a.m.**

Kathleen Forte Finlayson

Sworn to and subscribed before
me this 5th day of May, 2005

Notary Public

My Commission Expires: 03-21-06

DOCS_DE:107747.1

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

**Federal Mogul**
Cooper Industries Appeal Service List
USBC, DE, CA No. 05-41 JHR
Document No. 106384 (5/5/05)
10 – Hand Delivery
12 – First Class Mail Delivery
01 - Foreign First Class

**Hand Delivery**
Richard Schepacater, Esquire
Office of the U.S. Trustee
844 King Street, Lockbox 35
Room 2207
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Cooper Industries, Inc.)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Official Committee of
Asbestos Personal Injury Claimants)
Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Co-Counsel to Creditors' Committee)
Charlene D. Davis, Esquire
Eric Michael Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

**Hand Delivery**
(Legal Representative for Future Asbestos
Claimants)
James L. Patton, Jr., Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Hand Delivery**
(Counsel for JPMorgan Chase Bank)
Mark David Collins, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Official Committee of Equity
Security Holders)
Ian Connor Bifferato, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Cooper Industries
Incorporated)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
*(Co-Counsel for Asbestos Property Damage*
*Claimants Committee)*
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Ste 904
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Administrators of the UK Debtors)*
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

**First Class Mail**
Chambers of the
Honorable Joseph H. Rodriguez
United States Bankruptcy Court
1 John F. Gerry Plaza
Camden, New Jersey 08101

**First Class Mail**
(Counsel for Cooper Industries, Inc.)
Michael A. Rosenthal, Esquire
Aaron G. York, Esquire
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

*First Class Mail – Foreign*
*(Counsel to Administrator)*
Mark Andrews, Esquire
Denton Wilde Stpte
Five Chancery Lane
Clifford's Inn
London EC4A 1BU
UNITED KINGDOM

*First Class Mail*
(Counsel for Debtors)
Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kevin T. Lantry, Esquire
Kenneth P. Kansa, Esquire
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

*First Class Mail*
(Counsel for Debtors)
Richard T. Peters, Esquire
Kevin T. Lantry, Esquire
SIDLEY AUSTIN BROWN & WOOD
555 West 5th Street, Ste 4000
Los Angeles, CA 90013

*First Class Mail*
*(Co-Counsel to Creditors Committee)*
Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonneschein Nath & Rosenthal
1221 Ave. of The Americas, 24th Floor
New York, NY 10020

*First Class Mail*
*(Co-Counsel to Creditors Committee)*
Robert B. Millner, Esquire
Thomas A. Labuda, Jr., Esq.
Sonneschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

*First Class Mail*
*(Counsel for Lenders)*
Steven M. Fuhrmann, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*
*(Counsel for Exit Financier)*
Herschel Hamner, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

*First Class Mail*
*(Co-Counsel to Asbestos Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10022

*First Class Mail*
*(Co-Counsel to Asbestos Committee)*
Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
*(Co-Counsel for Equity Committee)*
David Heroy, Esquire
Bell Boyd & Lloyd LLC
70 W. Madison St., Ste 3200
Chicago, IL  60602

*First Class Mail*
*(Counsel for Official Committee of*
*Asbestos Property Damage Claimants)*
Martin Bienenstock; Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153