IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (RTL) |
| T&N LIMITED, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| COOPER INDUSTRIES, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Appeal No. 04-142 |
| | ) | C.A. No. 05-41-JHR |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS, JPMORGAN CHASE BANK, as Administrative Agent, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, *et al.*, | ) | |
| Appellees. | ) | **Related Docket No. 20** |

**NOTICE OF CHANGE OF ORAL ARGUMENT TIME
FROM 10:00 A.M. ON JUNE 6, 2005 TO 1:30 P.M.**

      **PLEASE TAKE NOTICE** that the time for oral argument scheduled for June 6, 2005 at 10:00 a.m. has been rescheduled to **1:30 p.m.**, before the Honorable Joseph H.

---

[1] The U.S. Debtors are listed in the Appellees' Designation of Record on Appeal.

Rodriguez, United States District Court Judge, in Courtroom 5D, 1 John F. Gerry Plaza, Camden, New Jersey 08101..

Dated: May 10, 2005

        PACHULSKI, STANG, ZIEHL, YOUNG.
        JONES & WEINTRAUB P.C.

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        and

        SIDLEY AUSTIN BROWN & WOOD
        Larry J. Nyhan
        James F. Conlan
        Kevin T. Lantry
        Bank One Plaza
        10 South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

        and

        SIDLEY AUSTIN BROWN & WOOD
        Richard T. Peters, Esquire
        Kevin T. Lantry, Esquire
        555 West 5th Street, Ste 4000
        Los Angeles, CA 90013

        Co-Counsel to the Debtors and Debtors in Possession

DOCS_DE:107939.1