**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

FEDERAL MOGUL ET AL.,

      Debtors.

---

COOPER INDUSTRIES,

      Appellant,

v.

FEDERAL MOGUL GLOBAL ET AL.,

      Appellees.

CIVIL ACTION NO. 05-41 JHR

Bankruptcy Case 01-10578

---

**ORDER AUTHORIZING FILING BY APPELLANT OF
SUPPLEMENTAL BRIEF CONCERNING
BANKRUPTCY CODE SECTION 509(b)(2)**

Upon consideration of the motion (the "Motion") of Appellant Cooper Industries, LLC ("Cooper") in the above-captioned proceeding, seeking entry of a procedural order authorizing Cooper to file the Supplemental Brief of Appellant Cooper Industries, LLC Concerning Bankruptcy Code Section 509(b)(2) (the "Supplemental Brief"), a copy of which is attached as Exhibit A to the Motion; and the Court having considered the Motion; and due and proper notice of the Motion having been given; and the Court finding that good cause exists for granting the relief requested in the Motion; it is hereby

**ORDERED** that the Motion is granted and approved; and it is further

1204709/1

**ORDERED** that Cooper is authorized to file the Supplemental Brief, and the Supplemental Brief is deemed filed as of the date of this Order.

Dated: _____, 2005

                                                      _____
The Honorable Joseph H. Rodriguez
United States District Court Judge

1204709/1