IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

FEDERAL MOGUL ET AL.,

       Debtors.

---

COOPER INDUSTRIES,

       Appellant,               Bankruptcy Case No. 01-10578

v.                                       Civil Action No. 05-41 JHR

FEDERAL MOGUL GLOBAL ET AL.,

       Appellees.

---

## COOPER INDUSTRIES, LLC'S NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Cooper Industries, LLC, the appellant, appeals to the United States Court of Appeals for the Third Circuit under 28 U.S.C. § 158(d) from the portions of the order of the United States District Court for the District of Delaware, entered in this case on June 28, 2005 [D.I. No. 26], and related Opinion [D.I. No. 26], affirming the December 14, 2004 Order of the Bankruptcy Court [Bankruptcy D.I. No. 6645]; denying Appellant's Motion to Strike Portions of Appellant's Brief [D.I. No. 12]; and denying Appellant's Motion for Procedural Order Authorizing the Filing of Supplemental Brief Concerning Bankruptcy Code Section 509(b)(2) [D.I. No. 22].

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

1. Appellees Federal Mogul Global, Inc. and T & N Limited, et al. are represented by James E. O'Neill, III, Esq. Pachulski, Stang, Ziehl, Young & Jones, P.C., 919

1260696

North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; Larry J. Nyhan, Esq., James F. Conlan, Esq., Kevin T. Lantry, Esq., Kenneth P. Kansa, Esq., Sidley Austin Brown & Wood, Bank One Plaza, 10 South Dearborn Street, Chicago, IL 60603; and Catherine L. Cooksey, Esq. and Richard T. Peters, Esq., Sidley Austin Brown & Wood, 555 West 5th Street, Suite 4000, Los Angeles, CA 90013.

2. Appellee Official Committee of Asbestos Claimants is represented by Marla Rosoff Eskin, Esq. Campbell & Levine, 800 North King Street, Suite 300, Wilmington, DE 19801; and Elihu Inselbuch, Esq., Caplin & Drysdale, Chartered, 399 Park Avenue, New York, NY 10022.

3. Appellee Official Committee of Unsecured Creditors is represented by Eric Michael Sutty, Esq., The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; Robert B. Millner, Esq. and Thomas A. Labuda, Jr., Esq., Sonnenschein, Nath & Rosenthal LLP, 8000 Sears Tower, Chicago, IL 60606; and Peter D. Wolfson, Esq. and John A. Bicks, Esq., Sonnenschein, Nath & Rosenthal LLP, 1221 Avenue of the Americas, 24th Floor, New York, NY 10020.

4. Appellee Legal Representative for Future Asbestos Claimants is represented by James L. Patton, Jr., Young, Conaway, Stargatt & Taylor, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391.

5. Appellee JPMorgan Chase Bank, as Administrative Agent, is represented by Mark David Collins, Richards, Layton & Finger, One Rodney Square, P.O. Box 551,

1260696

Wilmington, DE 19899; and Steven M. Fuhrman, Esq., Simpson, Thacher & Bartlett, 425 Lexington Avenue, New York, N.Y. 10017-3954.

6. Appellee Official Committee of Equity Security Holders is represented by Ian Connor Bifferato, Bifferato, Gentilotti & Biden, 1308 Delaware Avenue, P.O. Box 2165, Wilmington, DE 19899; and Michael Yetnikoff, Esq. and David Heroy, Esq., Bell, Boyd & Lloyd LLC, 70 West Madison Street, Three First National Plaza, Suite 3300, Chicago, IL 60602.

Dated: July 25, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Stephen M. Miller*

Stephen M. Miller (#2610)
Thomas M. Horan (#4641)
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302) 888-6853
Telecopy: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: thoran@morrisjames.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal
Aaron G. York
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Telecopy: (214) 698-3400
E-mail: mrosenthal@gibsondunn.com
E-mail: ayork@gibsondunn.com

*Attorneys for Appellant Cooper Industries, LLC*

1260696