UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FEDERAL-MOGUL ET AL., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| COOPER INDUSTRIES, | ) | |
| | ) | |
| Appellant, | ) | CIVIL ACTION NO. 05-41 JHR |
| | ) | |
| vs. | ) | Bankruptcy Case 01-10578 |
| | ) | |
| FEDERAL-MOGUL GLOBAL ET AL., | ) | Third Circuit Appeal No. 05-3495 |
| | ) | |
| Appellees. | ) | **Related Docket No. 29** |
| | ) | |

**APPELLEES' RESPONSE TO APPELLANT'S STATEMENT OF
ISSUES ON APPEAL, AND SUPPLEMENTAL
DESIGNATION OF RECORD ON APPEAL**

Pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure, the undersigned Appellees hereby respond to *Appellant Cooper Industries, LLC's Statement of the Issues to be Presented on Appeal and Designation of the Record to be Certified and Sent to the Circuit Clerk,* dated August 5, 2005, as follows:

**Statement of Issues on Appeal**

Appellant lists thirteen (13) issues that were purportedly determined by the District Court in the proceedings below, and that Appellant contends require review and determination by the Court of Appeals for purposes of determining the correctness of the District Court's decision.

Appellees dispute that the District Court either adjudicated or was required to adjudicate many of the issues included in Appellant's Statement of Issues on Appeal, in connection with the District Court's affirmance of the decision of the Bankruptcy Court. Accordingly, pending the submission of appellate briefs, Appellees reserve all of their rights regarding the number and proper characterization of the issues to be determined for purposes of this appeal.

## Supplemental Designation of Record on Appeal

The undersigned Appellees hereby designate the following additional parts of the record before the District Court, to be certified and sent to the Circuit clerk:

### A.    Additional Bankruptcy Court Pleadings

1. Order (A) Establishing March 3, 2003 at 4:00 P.M. Eastern Time, As Bar Date for Filing General Proofs of Claim Against U.S. Debtors, (B) Establishing Bar Dates for (1) Claims Relating to Rejection of Executory Contracts of Unexpired Leases and (II) Claims Relating to U.S. Debtors' Amendment of Their Schedules of Assets and Liabilities, and (C) Approving Scope and Manner of Notice of Bar Dates

Date entered: September 9, 2002

Docket No.: 582591880

2. Transcript of Hearing Before Honorable Raymond T. Lyons, Jr., United States District Judge, dated May 11, 2004

Docket No.: N/A

3. Certification of Ballots

Date of entry: December 3, 2004

Docket No.: 6522

### B.    Additional District Court Pleadings

None.

DATED: August 18, 2005

SIDLEY AUSTIN BROWN & WOOD
Larry J. Nyhan
James F. Conlan
Jessica Knowles
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

SIDLEY AUSTIN BROWN & WOOD LLP
Richard T. Peters
Kevin T. Lantry
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

-and-

PACHULSKI, STANG, ZIEHL,
YOUNG JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*

Laura Davis Jones, Esq. (Bar No. 2436)
James E. O'Neill, Esq. (Bar No. 4042)
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Attorneys for Debtors and Debtors in Possession

[Appellee's Supplemental
Designation of Record]

3

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, New York 10022
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Julie Davis
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

-and-

_/s/ Campbell & Levine, LLC_
CAMPBELL & LEVINE, LLC
Marla R. Eskin
Kathleen Campbell
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for Official Committee of
Asbestos Claimants

[Appellee's Supplemental
Designation of Record]

4

YOUNG CONAWAY STARGATT &
TAYLOR LLP
James L. Patton, Jr.
Edwin J. Harron
Maribeth L. Minella
1100 North Market Street, 11th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for Legal Representative for
Future Asbestos Claimants


*/s/ Charlene D. Davis*
THE BAYARD FIRM
Charlene D. Davis
Eric M. Sutty
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

Attorneys for the Official Committee of
Unsecured Creditors

[Appellee's Supplemental
Designation of Record]

/s/ *signature*
YOUNG CONAWAY STARGATT &
TAYLOR LLP
James L. Patton, Jr.
Edwin J. Harron
Maribeth L. Minella
1100 North Market Street, 11th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for Legal Representative for
Future Asbestos Claimants


THE BAYARD FIRM
Charlene D. Davis
Eric M. Sutty
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

Attorneys for the Official Committee of
Unsecured Creditors

[Appellee's Supplemental
Designation of Record]

5

SIMPSON THACHER & BARTLETT LLP
Steven M. Fuhrman
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

-and-

/s/ Rebecca Booth
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 658-6548

Attorneys for JPMorgan Chase Bank, as
Administrative Agent

BELL BOYD & LLOYD, LLC
David F. Heroy
Robert V. Shannon
70 West Madison Street
Three First National Plaza
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 807-4315
Facsimile: (312) 827-8010

Attorneys for Official Committee of Equity
Security Holders

[Appellee's Supplemental
Designation of Record]