IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL INC.,<br>T&N LIMITED, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-10578 (RTL)<br>Jointly Administered |
| COOPER INDUSTRIES, INC.,<br><br>Appellant,<br><br>v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS, JPMORGAN CHASE BANK, as Administrative Agent, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, et al.,<br><br>Appellees. | Appeal No. 04-142<br><br><br>Civil Action No. 05-41 (JHR)<br><br><br>Third Circuit Appeal No. 05-3495 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS:
COUNTY OF NEW CASTLE )

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel for the Debtor, in the above-captioned action, and that on the 19th day of August 2005,

---

[1] The Debtors are listed in the Appellees' Designation of Record on Appeal.

she caused a copy of the following documents to be served upon the attached service list in the manner indicated:

**APPELLEES' RESPONSE TO APPELLANT'S STATEMENT OF ISSUES ON APPEAL, AND SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**

Kathleen Forte Finlayson

Sworn to and subscribed before
me this 19th day of August, 2005

Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

DOCS_DE:110938.1

**Federal Mogul**
**Cooper Industries Appeal Service List**
USDC, DE, CA No. 05-41 JHR
Document No. 106384.2
10 – Hand Delivery
01 – Overnight Delivery
12 – First Class Mail Delivery
01 – Foreign First Class

**Overnight Delivery**
Chambers of the Honorable Joseph H. Rodriguez
United States Bankruptcy Court
1 John F. Gerry Plaza
Camden, NJ 08101

**Hand Delivery**
Richard Schepacater, Esquire
Office of the U.S. Trustee
844 King Street, Lockbox 35
Room 2207
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Cooper Industries, Inc.)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Co-Counsel to Creditors' Committee)
Charlene D. Davis, Esquire
Eric Michael Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

**Hand Delivery**
(Legal Representative for Future Asbestos Claimants)
James L. Patton, Jr., Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Hand Delivery**
(Counsel for JPMorgan Chase Bank)
Mark David Collins, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Official Committee of Equity Security Holders)
Ian Connor Bifferato, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Cooper Industries Incorporated)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
**(Co-Counsel for Asbestos Property Damage Claimants Committee)**
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Ste 904
Wilmington, DE 19801

**Hand Delivery**
**(Counsel for Administrators of the UK Debtors)**
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel for Cooper Industries, Inc.)
Michael A. Rosenthal, Esquire
Aaron G. York, Esquire
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

**First Class Mail**
**(Counsel for Debtors)**
Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kevin T. Lantry, Esquire
Kenneth P. Kansa, Esquire
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

**First Class Mail**
**(Counsel for Debtors)**
Richard T. Peters, Esquire
Kevin T. Lantry, Esquire
SIDLEY AUSTIN BROWN & WOOD
555 West 5th Street, Ste 4000
Los Angeles, CA 90013

**First Class Mail**
**(Co-Counsel to Creditors Committee)**
Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonneschein Nath & Rosenthal
1221 Ave. of The Americas, 24th Floor
New York, NY 10020

**First Class Mail**
**(Co-Counsel to Creditors Committee)**
Robert B. Millner, Esquire
Thomas A. Labuda, Jr., Esq.
Sonneschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

**First Class Mail**
**(Counsel for Lenders)**
Steven M. Fuhrmann, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

**First Class Mail**
**(Counsel for Exit Financier)**
Herschel Hamner, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**First Class Mail**
**(Co-Counsel to Asbestos Committee)**
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

**First Class Mail**
**(Co-Counsel to Asbestos Committee)**
Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**First Class Mail**
**(Co-Counsel for Equity Committee)**
David Heroy, Esquire
Bell Boyd & Lloyd LLC
70 W. Madison St., Ste 3200
Chicago, IL 60602

**First Class Mail**
**(Counsel for Official Committee of Asbestos Property Damage Claimants)**
Martin Bienenstock; Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**First Class Mail – Foreign**
**(Counsel to Administrator)**
Mark Andrews, Esquire
Denton Wilde Stpte
Five Chancery Lane
Clifford's Inn
London EC4A 1BU
UNITED KINGDOM