## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 5-3495

In Re: Fed Mogul, et al.

Cooper Industries, LLC, Appellant

(Delaware District No. 05-cv-00041)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure with each party to bear its own costs.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

/s/ Marcia M. Waldron
Clerk
United States Court of Appeals
for the Third Circuit

Date: January 23, 2008

cc:
     All Counsel